# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Planned Parenthood of Greater NY, et al.

v.  HHS, et al.

**Case No:** 25-5238

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Department of Health and Human Services

Robert F. Kennedy, in his official capacity as

HHS Secretary

### Counsel Information

Lead Counsel: Steven H. Hazel

Direct Phone: (202) 514-2498  Fax: (___) _____  Email: steven.h.hazel@usdoj.gov

2nd Counsel: Michael S. Raab

Direct Phone: (202) 514-4053  Fax: (___) _____  Email: michael.raab@usdoj.gov

3rd Counsel:

Direct Phone: (___) _____  Fax: (___) _____  Email:

Firm Name: U.S. Department of Justice, Civil Division, Appellate Staff

Firm Address: 950 Pennsylvania Ave., Washington DC 20950

Firm Phone: (202) 514-4813  Fax: (___) _____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)