**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| Planned Parenthood of Greater New York, *et al.*, <br><br> *Appellants*, <br><br> v. <br><br> U.S. Department of Health and Human Services, *et al.*, <br><br> *Appellees*. | No. 25-5238 |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all Appellants and Appellees, by and through their undersigned counsel, hereby jointly stipulate to dismissal of the above-captioned appeal, with each party to bear its own costs and attorney's fees.

| | |
|---|---|
| Dated: July 11, 2025 | Respectfully submitted, |
| BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>MICHAEL S. RAAB<br><br>*/s/ Steven H. Hazel*<br>STEVEN H. HAZEL<br>Attorneys, Appellate Staff<br>Civil Division, Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br>Telephone: (202) 214-2498<br>Steven.H.Hazel@usdoj.gov<br><br>*Counsel for Appellees* | By: */s/* Andrew T. Tutt<br>Drew A. Harker<br>Andrew T. Tutt<br>Daniel Yablon<br>ARNOLD & PORTER<br>   KAYE SCHOLER LLP<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001<br>(202) 942-5000<br>draw.harker@arnoldporter.com<br>andrew.tutt@arnoldporter.com<br>daniel.yablon@arnoldporter.com<br><br>*Counsel for Appellants* |

# CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2025, I caused the foregoing document to be electronically filed using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Respectfully submitted,

*/s/ Andrew T. Tutt*
Andrew T. Tutt

*Counsel for Appellants*