# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-5238** | **September Term, 2024** |
| | **1:25-cv-01334-TJK** |
| | **Filed On:** July 29, 2025 |

Planned Parenthood of Greater New York, et al.,

      Appellants

      v.

United States Department of Health and Human Services and Robert F. Kennedy, Jr., in his official capacity as Secretary of the U.S. Department of Health and Human Services,

      Appellees

## O R D E R

Upon consideration of the joint stipulation of dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

                         **FOR THE COURT:**
                         Clifton B. Cislak, Clerk

                    BY:    /s/
                            Emily Campbell
                            Deputy Clerk